**EXHIBIT A**



Roy Jorgensen Associates, Inc.
PO Box 70
Buckeystown, MD 21717
Office: 240-436-4913 Fax: 301-874-2876

# Revised Invoice

**JORGENSEN**

| | | |
|---|---|---|
| **To:** | **Shavette R. Jones**<br>800 Link Drive<br>Apt 1016<br>Duncanville, TX 75116 | **Invoice No.:**  110235-I1604112<br><br>**Invoice Date:**  June 6, 2016 |

**Billy J. Smith**
800 Link Drive
Apt 1016
Duncanville, TX 75116

**Aggressive Insurance**
PO Box 143279
Irving, TX 75014
Attn:  Danielle Clairborne
Via email:  danielle.claiborne@aggressiveusa.com

| | | | |
|---|---|---|---|
| **Re:** | **Claim No: 16103723**<br>Policy No: CTL84724301 | Owner:<br>Driver: | Shavett R. Jones<br>Billy J. Smith |

**For damages to the President George Bush Turnpike on March 3, 2016**
**Southbound median before Lower Tarrant Road in Grand Prairie, Texas**

| Description | Qty | Units | Cost | Total |
|---|---|---|---|---|
| Barrier wall repair with lane closure: remove damaged concrete, install/remove form and pour concrete | | | | |
| Concrete repair | 1 | ea | $  12,000.00 | $        12,000.00 |

| | | |
|---|---|---|
| **TOTAL DUE** | **$** | **12,000.00** |

| | |
|---|---|
| **Please make checks payable and mail to:**<br>Roy Jorgensen Associates, Inc.<br>Attn:  TPC Administrator<br>P.O. Box 70<br>Buckeystown, MD  21717-0070 | **To pay electronically, route payments to:**<br>Blue Ridge Bank<br>ABA # 055003560<br>Account # 114645 |

Federal Tax ID No:  52-0850711

## PARTNERING FOR SUCCESS

SR:   188950-31030801



September 8, 2016

Via:  Certified Mail and/or Regular First Class Mail

Shavette R. Jones
800 Link Drive
Apt 1016
Duncanville, TX 75116

Re:  Reparation payment for damage to the President George Bush Turnpike

Dear Ms. Jones:

On March 3, 2016, at approximately 5:24 a.m., your vehicle, license plate: FPZ0364, was involved in an accident near Lower Tarrant Road in the southbound direction on President George Bush Turnpike (PGBT) in Grand Prairie, Dallas County.  This accident caused damage to the barrier wall, which was subsequently repaired by Roy Jorgensen Associates, Inc. (RJA) under the terms of its contract with North Texas Tollway Authority. Specifically, this accident resulted in total damages to RJA of $12,000.00.

On June 6, 2016, RJA sent you a copy of the invoice detailing the expenditures made to repair the damage that the vehicle caused, as well as a copy of the police report detailing the accident.  Enclosed with this letter, please find an additional copy of the police report and invoice.  **To date, RJA has not received payment.**

**RJA hereby demands full payment of the delinquent amount.**  If we do not receive a certified check for full delinquent payment of $12,000.00 on or before September 19, 2016, at 5:00 p.m., we will turn your file over to an attorney, who will be authorized to pursue legal action against you to recover damages.

Please contact me if you wish to discuss this matter further.

Sincerely,

*Darleen Husson*
         *by SRC*

**Darleen Husson**
Claims Coordinator
Darleen_Husson@royjorgensen.com
240/436-4913



Hasler
09/08/2016
US POSTAGE $006.46⁵
ZIP 21717
011E11671962

JORGENSEN
Corporate Offices
3735 Buckeystown Pike
Post Office Box 70
Buckeystown, MD 21717-0070

CERTIFIED MAIL

7015 3010 0002 1148 4322

RECEIVED
OCT 18 2016

Shavette R. Jones
800 Link Drive
Apt 1016
Duncanville, TX 75116

UNC

NIXIE        756   DE 1        0010/13/15
        RETURN TO SENDER
        UNCLAIMED
        UNABLE TO FORWARD
BC: 21717007070    *0327-05710-08-45

11 0235-I1604112

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shavette R. Jones
800 Link Dr.
Apt. 1016
Duncanville, TX 75116

9590 9403 0875 5163 1137 49

2. Article Number (Transfer from service label)

7015 3010 0002 1148 4322

PS Form 3811, April 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2016 5l2 188950

Domestic Return Receipt



**JORGENSEN**

**2nd REQUEST**

September 8, 2016

Via:  Certified Mail and/or Regular First Class Mail

Billy J. Smith
800 Link Drive
Apt 1016
Duncanville, TX 75116

Re:  Reparation payment for damage to the President George Bush Turnpike

Dear Mr. Smith:

On March 3, 2016, at approximately 5:24 a.m., you were driving a vehicle, license plate: FPZ0364, which was involved in an accident near Lower Tarrant Road in the southbound direction on President George Bush Turnpike (PGBT) in Grand Prairie, Dallas County.  This accident caused damage to the barrier wall, which was subsequently repaired by Roy Jorgensen Associates, Inc. (RJA) under the terms of its contract with North Texas Tollway Authority.  Specifically, this accident resulted in total damages to RJA of $12,000.00.

On June 6, 2016, RJA sent you a copy of the invoice detailing the expenditures we incurred as a result of this accident along with the police report detailing the accident.  Enclosed with this letter, please find an additional copy of the police report and invoice.  **To date, RJA has not received payment.**

**We have sent the enclosed invoice and police report to the owner of the vehicle, Shavette R. Jones.** You may be liable for all or part of this claim.  If you were covered by an automobile policy at the time of the accident, please mail a copy of your automobile insurance card or declarations page to my attention at the address above no later than September 19, 2016.  In addition, please send this information to me via email.

Please contact me if you wish to discuss this matter further.

Sincerely,

*Darleen Husson*
                     bySRC
**Darleen Husson**
Claims Coordinator
Darleen_Husson@royjorgensen.com
240/436-4913



Hasler
09/08/2016
US POSTAGE $006.46⁵
ZIP 21717
011E11671962

CERTIFIED MAIL

7015 3010 0002 1148 4339

RECEIVED
OCT 18 2016

**J**ORGENSEN
*Corporate Offices*
3735 Buckeystown Pike
Post Office Box 70
Buckeystown, MD 21717-0070

Billy J. Smith
800 Link Drive
Apt 1016
Duncanville, TX 75116

UNC
287 8-013

NIXIE       750 DE 1       0010/13/16

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 21717007070       *0327-05711-08-45

110235-IL004112

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Billy J. Smith
800 Link Dr., Apt. 1016
Duncanville, TX 75116

9590 9403 0375 5163 1137 32

2. Article Number (Transfer from service label)
7015 3010 0002 1148 4339

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2016  SR 188950

Domestic Return Receipt



**JORGENSEN**

June 6, 2016

Via:  Certified Mail and/or Regular First Class Mail

Shavette R. Jones
800 Link Drive
Apt 1016
Duncanville, TX 75116

Re:  Reparation payment for damage to the President George Bush Turnpike

Dear Ms. Jones:

On March 3, 2016, your vehicle was involved in an accident on the President George Bush Turnpike (PGBT).  This accident caused damage to the barrier wall, which was subsequently repaired by Roy Jorgensen Associates, Inc. (RJA).  Under the terms of its contract with the North Texas Tollway Authority, RJA has been granted the legal authority to pursue reparation payment for any damages caused to the PGBT.

**We have sent the enclosed invoice to Aggressive Insurance for the expenditures we incurred as a result of this accident, along with the police report detailing the accident.**

If this information is incorrect, please mail a copy of your automobile insurance card or declarations page to my attention at the address below no later than June 20, 2016. In addition, please send this information to me via email.  **If no insurance was in effect at the time of the accident, we request that you forward a certified check for $12,000.00 (invoice enclosed).**

Please contact me should you wish to discuss this matter further.

Sincerely,

**Darleen Husson**

Claims Coordinator
Darleen_Husson@royjorgensen.com
240/436-4913



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeanetta R. Jones
800 Link Dr, Apt 1016
Duncanville TX 75116

110235-I1604112

9590 9402 1400 5329 2209 49

2. Article Number (Transfer from service label)
7014 0510 0001 8293 6634

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
                                  6-9-16

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

RECEIVED
JUN 18 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**JORGENSEN**

June 6, 2016

Via:  Regular First Class Mail

Billy J. Smith
800 Link Drive
Apt 1016
Duncanville, TX 75116

Re:  Reparation payment for damage to the President George Bush Turnpike

Dear Mr. Smith:

On March 3, 2016, you were driving a vehicle that was involved in an accident on the President George Bush Turnpike (PGBT).  This accident caused damage to the barrier wall, which was subsequently repaired by Roy Jorgensen Associates, Inc. (RJA).  Under the terms of its contract with the North Texas Tollway Authority, RJA has been granted the legal authority to pursue reparation payment for any damages caused to the PGBT.

**We have sent the enclosed invoice to the owner of the vehicle, Shavette R. Jones, for the expenditures we incurred as a result of this accident, along with the police report detailing the accident.**

You may be liable for all or part of this claim.  Therefore, please mail a copy of your automobile insurance card or declarations page to my attention at the address below no later than June 20, 2016. In addition, please send this information to me via email.

Please contact me should you wish to discuss this matter further.

Sincerely,

**Darleen Husson**

Claims Coordinator
Darleen_Husson@royjorgensen.com
240/436-4913

R03B31

ROY JORGENSEN ASSOCIATES INC

Activity Log Report

11/8/2016  9:20:14

Page -  1

| Address Number | Alpha Name | Co | Tickler Date | Activity Type | Description | Remark |
|---|---|---|---|---|---|---|
| 110235 | NTTA - Dallas TPCs | 00100 | 10/3/2016 | 99 | Other/Internal Communication | 11604112 |
| | Darleen H. W/O to send to Atty for collections being no response from Ins Co., owner or driver. | | | | | |
| 110235 | NTTA - Dallas TPCs | 00100 | 9/6/2016 | 46 | Demand Letter Mailed | 11604112 |
| | 9/6/16 Susan C. 90-day r/vw. Prepared owner and driver demand ltrs to send reg/CM on Sept 8. (PR 201610 1232 for 1st accident, Shavette R. Jones and Billy J. Smith) | | | | | |
| 110235 | NTTA - Dallas TPCs | 00100 | 8/10/2016 | 04 | Email/Letter/Fax sent (attach) | 11604112 |
| | 8/10/16 Susan C. 90-day r/vw. Called Aggressive Insurance adj Danielle and voice msg was not hers and name was not clear. Efaxed invoice to 866-424-9537 requesting pmt status. | | | | | |
| 110235 | NTTA - Dallas TPCs | 00100 | 6/13/2016 | 99 | Other/Internal Communication | 11604112 |
| | Jamms history notes: | | | | | |

****if receive correct PR, send copy to English Law****

6/13/16 Darleen H. rec'd 1st acc owner inv pkg cert signed by SS. scanned.

6/7/16 Darleen H. rec'd ltr from USPS stating we would need to file claim using enclosed form 95. This is for the 2nd accident veh 1. Scanned. Called 214/528-4300 for Bill at English Law, he wasn't in office but was given bhartson@englishpllc.com to email 1st acc PR.

6/6/16 Darleen H. rec'd email from Elizabeth w/PR 2016101232 for 1st accident, attached to SR. Rev inv, emailed to Danielle at Aggressive, mailed to owner CM & reg mail & mail reg mail to driver. Need to call English Law for email or fax to send 1st acc PR.

6/2/16 Darleen H. resent email to Elizabeth asking for PR for 1st accident. Need so can revise inv for Ins Co.

5/13/16 Darleen H. rec'd call from Bill at English Law. He is looking for the PR involving the veh that was in the middle of the travel lanes in the dark & no lights on that his client hit. He rec'd a ltr from Continental Ins Svcs representing Aggressive Ins.

5/10/16 Darleen H. rec'd VM from 214/528-4300 at English Law office from Bill. His client is Darleen Wesley, the driver of the USPS rental from Ryder on PR 2016111449.

5/6/16 Darleen H. called Ryder at 610/429-2338 & left VM for Greg Archer to call. Rec'd callback from Greg. He gave me contact info for office that handled the rental to USPS. Called 214/634-0010 & spoke to Matt in rentals. who transferred me to Steven. Steven stated that veh 3 at fault & that Ryder isn't

| Address Number | Alpha Name | Co | Tickler Date | Activity Type | Description | Remark |
|---|---|---|---|---|---|---|
| | paying for damage. Called Home State at 877/754-9526 & spoke to Jared for veh 3 claim 16103723. Aggressive Ins Adj- Danielle Claiborne, P-972/827-3873 F-866/424-9537 email-danielle.claiborne@aggressiveusa.com . Called Aggressive Ins at 972/827-3873 & left VM for Danielle to call about claim. Rec'd call 214/631-0010 from Landon Woods at Ryder asking about who was at fault on PR. Emailed him veh 3 ins contact info to landon_woods@ryder.com . Emailed Elizabeth asking for the PR to the 1st acc involving veh 3. | | | | | |
| | 5/5/16 Darleen H. rec'd driver inv pkg cert cable & signed by driver. | | | | | |
| | 4/28/16 Darleen H. emailed inv pkg to Ins Co & sent driver inv pkg CM & reg mail. Rec'd email from Mark Gilbert at Great West denying due to truck is used by USPS not his insured. Gave me contact info for Ryder. | | | | | |
| | 4/19/16 Mary P. rec'd claim info from Stacy via email. | | | | | |
| | 4/19/16 Mary P. emailed copy of PR per email request of Stacy Schoenherr. | | | | | |
| | 4/18/16 Mary P. called Ins Co for claim info (new claim). Adj will call. No claim # yet. Report #A1179090. | | | | | |
| | 4/18/16 Mary P. did SaferSys search on DOT#0016130, no report located. | | | | | |
| | 4/18/16 Mary P. printed file. | | | | | |

1st Accident

Law Enforcement and TxDOT Use ONLY
□ FATAL □ CMV □ SCHOOL BUS □ RR XING □ MAB □ MAJ EVENT □ SCHOOL ZONE

Case 3:17-cv-02030-N Document 1 Filed 08/01/17 Page 13 of 33 PageID 22

14959429.1
/2016101232



**Texas Peace Officer's Crash Report (Form CR-3 1/1/2015)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 2

## IDENTIFICATION & LOCATION

| *Crash Date (MM/DD/YYYY) 0 3 / 0 3 / 2 0 1 6 | *Crash Time (24HRMM) 0 5 2 4 | Case ID | | Local Use |
|---|---|---|---|---|

*County Name DALLAS   *City Name GRAND PRAIRIE   □ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes □ No   Latitude (decimal degrees) 3 2 . 7 8 2 6 8   Longitude — (decimal degrees) 0 9 7 . 0 2 7 8

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. TL | *Hwy. Num. | 2 Rdwy. Part 1 | Block Num. | 3 Street Prefix | *Street Name PRESIDENT GEORGE BUSH TURNPIKE | 4 Street Suffix |
|---|---|---|---|---|---|---|

□ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☒ Toll Road/ Toll Lane   Speed Limit 70   Const. Zone □ Yes ☒ No   Workers Present □ Yes ☒ No   Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. □ Yes ☒ No   1 Rdwy. Sys.   Hwy. Num.   2. Rdwy. Part   Block Num.   3 Street Prefix   Street Name   4 Street Suffix

Distance from Int. or Ref. Marker 10   ☒ FT □ MI   3 Dir. from Int. or Ref. Marker N   Reference Marker 505   Street Desc.   RRX Num.

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 1 | 5 Unit Desc. | □ Parked Vehicle | □ Hit and Run | LP State TX | LP Num. FPZ0364 | VIN J T 6 G F 1 0 U X Y 0 0 8 0 6 2 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 0 | 6. Veh. Color WHI | Veh. Make LEXUS | Veh. Model RX 300 | 7 Body Style P4 | □ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type 5 | DL/ID State | DL/ID Num. | 9 DL Class 5 | 10 CDL End. 5 | 11 DL Rest. 5 | DOB (MM/DD/YYYY) 0 5 1 3 1 9 8 9 |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP) 800 LINK DR #1016  DUNCANVILLE, TX 75116

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | SMITH, BILLY JAMES | N | 26 | B | 1 | 1 | 2 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner □ Lessee   Owner/Lessee Name & Address JONES, SHAVETTE RENE, 800 LINK DR  DUNCANVILLE, TX 75116

Proof of Fin. Resp. ☒ Yes □ No   □ Expired □ Exempt   26 Fin. Resp. Type 2   Fin. Resp. Name  Home State   Fin. Resp. Num. CTL847243-01

Fin. Resp. Phone Num. (254) 776-4521   27 Vehicle Damage Rating 1 1 1 - F L - 5   27 Vehicle Damage Rating 2   -   Vehicle Inventoried □ Yes ☒ No

Towed By  JORDAN'S TOWING   Towed To  601 DIGITAL DRIVE, PLANO, TX 75075

| Unit Num. | 5 Unit Desc. | □ Parked Vehicle | □ Hit and Run | LP State | LP Num. | VIN |
|---|---|---|---|---|---|---|

| Veh. Year | 6. Veh. Color | Veh. Make | Veh. Model | 7 Body Style | □ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

□ Owner □ Lessee   Owner/Lessee Name & Address

Proof of Fin. Resp. □ Yes □ No   □ Expired □ Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1   -   27 Vehicle Damage Rating 2   -   Vehicle Inventoried □ Yes □ No

Towed By   Towed To

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| 1 | 1 | NO DRIVERS LICENSE-WHEN UNLICENSED | TX4K260SRAPT |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| CONCRETE WALL | NORTH TEXAS TOLLWAY AUTHORITY | PO BOX 262369  PLANO, TX 75026 |

**CMV**

| Unit Num. | | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? ☐Yes ☐No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |

Carrier's Corp. Name | Carrier's Primary Addr. | 30 Veh. Type

31 Bus Type | ☐RGVW ☐GVWR | HazMat Released ☐Yes ☐No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Style

Trailer 1 | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No | Trailer 2 | Unit Num. | ☐RGVW ☐GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐Yes ☐No

Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 41 | | | | 1 | 3 | 97 | 3 | 1 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

UNIT 1 WAS TRAVELING SOUTHBOUND PRESIDENT GEORGE BUSH TURNPIKE IN LANE 1.  UNIT 1 TOOK FAULTY EVASIVE ACTION TO AVOID STRIKING AN OBJECT IN THE ROADWAY.  UNIT 1 OVER STEERED TO THE LEFT AND STRUCK THE CENTER CONCRETE WALL.  DUE TO IMPACT, UNIT 1 SUSTAINED FL DAMAGE.  UNIT 1 CAME TO REST IN LANE 1 FACING WEST.

Field Diagram - Not to Scale

CONCRETE WALL
SB PRESIDENT GEORGE BUSH TURNPIKE AND IH 30
UNIT 1 / UNIT 1 / UNIT 1

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 5 2 7 | How Notified DISPATCHED | Time Arrived (24HRMM) 0 5 4 2 | Report Date (MM/DD/YYYY) 0 3 / 0 8 / 2 0 1 6 |
|---|---|---|---|

Invest. Comp. ☒Yes ☐No | Investigator Name (Printed) PETERS II, JERRY WAYNE | ID Num. 12819

ORI Num. | *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS | Service/Region/DA  H P 1 A 1 1

# Image List Report



**Description:**

| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 3/3/2016 1:53:39 PM | JPG | 3/3/2016 2:53:43 PM | adamssc0 |

Image:
C:\Users\adamssc0\Pictures\Lower Tarrant_1.JPG inserted.



| SR | 188950 | 3/3/2016 1:54:06 PM | JPG | 3/3/2016 2:54:11 PM | adamssc0 |

Image:
C:\Users\adamssc0\Pictures\Lower Tarrant_2.JPG inserted.





**Description:**

| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 3/3/2016 1:54:43 PM | JPG | 3/3/2016 2:54:48 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower Tarrant_3.JPG inserted.*



| SR | 188950 | 3/3/2016 1:55:03 PM | JPG | 3/3/2016 2:55:09 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower Tarrant_4.JPG inserted.*





**Description:**

| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 3/3/2016 1:55:28 PM | JPG | 3/3/2016 2:55:33 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower*
*Tarrant_5.JPG inserted.*



| SR | 188950 | 3/3/2016 1:55:48 PM | JPG | 3/3/2016 2:55:52 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower*
*Tarrant_6.JPG inserted.*



# Image List Report



**Description:**

| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 3/3/2016 1:57:35 PM | JPG | 3/3/2016 2:57:39 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower*
*Tarrant_7.JPG inserted.*



| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 3/3/2016 1:57:54 PM | JPG | 3/3/2016 2:57:57 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower*
*Tarrant_8.JPG inserted.*



# Image List Report



**Description:**

| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 3/3/2016 1:58:15 PM | JPG | 3/3/2016 2:58:19 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower Tarrant_9.JPG inserted.*



| SR | 188950 | 3/3/2016 1:58:35 PM | JPG | 3/3/2016 2:58:40 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower Tarrant_10.JPG inserted.*





**Description:**

| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 3/3/2016 1:59:00 PM | JPG | 3/3/2016 2:59:04 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower*
*Tarrant_11.JPG inserted.*



| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 3/3/2016 1:59:19 PM | JPG | 3/3/2016 2:59:23 PM | adamssc0 |

*Image:*
*C:\Users\adamssc0\Pictures\Lower*
*Tarrant_12.JPG inserted.*





**JORGENSEN**

April 28, 2016

Via:  Regular First Class Mail

Ryder Truck Rental
3200 Halifax Street
Dallas, TX 75247
Attn:  Claims Dept

Re:  Reparation payment for damage to the President George Bush Turnpike

Dear Claims Dept:

On March 3, 2016, your vehicle was involved in an accident on the President George Bush Turnpike (PGBT).  This accident caused damage to the barrier wall, which was subsequently repaired by Roy Jorgensen Associates, Inc. (RJA).  Under the terms of its contract with the North Texas Tollway Authority, RJA has been granted the legal authority to pursue reparation payment for any damages caused to the PGBT.

**We have sent the enclosed invoice to Great West Casualty for the expenditures we incurred as a result of this accident, along with the police report detailing the accident.**

If this information is incorrect, please mail a copy of your automobile insurance card or declarations page to my attention at the address below no later than May 12, 2016. In addition, please send this information to me via email.  **If no insurance was in effect at the time of the accident, we request that you forward a certified check for $12,000.00 (invoice enclosed).**

Please contact me should you wish to discuss this matter further.

Sincerely,

**Darleen Husson**

Claims Coordinator
Darleen_Husson@royjorgensen.com
240/436-4913



**JORGENSEN**

April 28, 2016

Via: Certified Mail and/or Regular First Class Mail

Denleen L. Wesley
6201 Windhaven Parkway
Apt 2222
Plano, TX 75093

Re: Reparation payment for damage to the President George Bush Turnpike

Dear Ms. Wesley:

On March 3, 2016, you were driving a vehicle that was involved in an accident on the President George Bush Turnpike (PGBT). This accident caused damage to the barrier wall, which was subsequently repaired by Roy Jorgensen Associates, Inc. (RJA). Under the terms of its contract with the North Texas Tollway Authority, RJA has been granted the legal authority to pursue reparation payment for any damages caused to the PGBT.

**We have sent the enclosed invoice to the owner of the vehicle, Ryder Truck Rental, for the expenditures we incurred as a result of this accident, along with the police report detailing the accident.**

You may be liable for all or part of this claim. Therefore, please mail a copy of your automobile insurance card or declarations page to my attention at the address below no later than May 12, 2016. In addition, please send this information to me via email.

Please contact me should you wish to discuss this matter further.

Sincerely,


**Darleen Husson**

Claims Coordinator
Darleen_Husson@royjorgensen.com
240/436-4913

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Denleen L Wesley
6201 Windhaven Pkwy
apt 222
Plano TX 75093
110235-I 1604112

9590 9402 1400 5329 2210 07

7014 0510 0001 8293 6696

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

RECEIVED

MAY 0 5 2016

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**Roy Jorgensen Associates, Inc.**
PO Box 70
Buckeystown, MD 21717
Office: 240-436-4913  Fax: 301-874-2876

# Invoice

**JORGENSEN**

To: **Ryder Truck Rental**
3200 Halifax Street
Dallas, TX 75247
Attn: Claims Dept

**Denleen L. Wesley**
6201 Windhaven Parkway
Apt 2222
Plano, TX 75093

**Great West Casualty**
PO Box 94
South Sioux City, NE 68776
Attn: Mark Gilbert
Via email: m.gilbert2@gwccnet.com

**Invoice No.:** 110235-I1604112

**Invoice Date:** April 28, 2016

Re: **Claim No: J91871**
Policy No: GWP18221L

Owner: Ryder Truck Rental
Driver: Denleen L. Wesley

**For damages to the President George Bush Turnpike on March 3, 2016
Southbound median before Lower Tarrant Road in Grand Prairie, Texas**

| Description | Qty | Units | Cost | Total |
|---|---|---|---|---|
| Barrier wall repair with lane closure: remove damaged concrete, install/remove form and pour concrete | | | | |
| Concrete repair | 1 | ea | $ 12,000.00 | $ 12,000.00 |
| **TOTAL DUE** | | | | **$ 12,000.00** |

**Please make checks payable and mail to:**
Roy Jorgensen Associates, Inc.
Attn: TPC Administrator
P.O. Box 70
Buckeystown, MD  21717-0070

To pay electronically, route payments to:
Blue Ridge Bank
ABA # 055003560
Account #  114645

Federal Tax ID No:  52-0850711

**PARTNERING FOR SUCCESS**

SR: 188950-31030801

Law Enforcement and TxDOT Use ONLY

☐ FATAL  ☒ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ 100% FED MIL/GOV  ☐ SCHOOL ZONE

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2015)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

## IDENTIFICATION & LOCATION

| | | | | |
|---|---|---|---|---|
| *Crash Date (MM/DD/YYYY) 0 3 / 0 3 / 2 0 1 6 | *Crash Time (24HRMM) 0 5 2 4 | Case ID | | Local Use |

*County Name **DALLAS**   *City Name **GRAND PRAIRIE**   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees) 3 2 * 7 8 2 6 8   Longitude — (decimal degrees) 0 9 7 * 0 2 7 8

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys. **TL**   1 Rdwy. Num.   2 Rdwy. Part **1**   Block Num.   3 Street Prefix   *Street Name **PRESIDENT GEORGE BUSH TURNPIKE**   4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   ☐ Toll Road/ Toll Lane   Speed Limit **70**   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No   1 Rdwy. Sys.   Hwy. Num.   2. Rdwy. Part   Block Num.   3 Street Prefix   Street Name   4 Street Suffix

Distance from Int. or Ref. Marker **10**   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker **N**   Reference Marker **505**   Street Desc.   RRX Num.

## VEHICLE, DRIVER & PERSONS

Unit Num. **1**   5 Unit Desc. **1**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **IN**   LP Num. **2304031**   VIN **3 A K J G E D V 9 F S G A 1 5 6**

Veh. Year   6. Veh. Color **WHI**   Veh. Make **FREIGHTLINER**   Veh. Model **CONVENTIONAL**   7 Body Style **TT**   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type **2**   DL/ID State **TX**   DL/ID Num. **16288836**   9 DL Class **A**   10 CDL End. **T,N**   11 DL Rest. **96**   DOB (MM/DD/YYYY) **1 2 / 3 0 / 1 9 7 3**

Address (Street, City, State, ZIP) **6201 WINDHAVEN PKWY APT 2222  PLANO, TX 75093**

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | WESLEY, DENLEEN LATRELL | B | 42 | B | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **RENTAL, RYDER TRUCK, 3200 HALIFAX  DALLAS, TX 75247**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **2**   Fin. Resp. Name **GREAT WEST INS**   Fin. Resp. Num. **GWP18221L**

Fin. Resp. Phone Num. **(800) 228-9602**   27 Vehicle Damage Rating 1 **1 2 - F - 7**   27 Vehicle Damage Rating 2 **-**   Vehicle Inventoried ☐ Yes ☒ No

Towed By **JORDAN'S TOWING**   Towed To **3200 HALIFAX, DALLAS, TX**

Unit Num. **2**   5 Unit Desc. **6**   ☐ Parked Vehicle   ☐ Hit and Run   LP State **UN**   LP Num. **UNK**   VIN **U N K**

Veh. Year   6. Veh. Color **WHI**   Veh. Make **UNKNOWN**   Veh. Model **UNKNOWN**   7 Body Style **TL**   ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type   DL/ID State   DL/ID Num.   9 DL Class   10 CDL End.   11 DL Rest.   DOB (MM/DD/YYYY) /  /

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address **UNITED POSTAL SERVICE, 951 W BETHEL RR  COPPELL, TX 75099**

Proof of Fin. Resp. ☒ Yes ☐ No   ☐ Expired ☐ Exempt   26 Fin. Resp. Type **7**   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 **9 - L P - 7**   27 Vehicle Damage Rating 2 **-**   Vehicle Inventoried ☐ Yes ☐ No

Towed By **JORDAN'S TOWING**   Towed To **951 W BETHEL, COPPELL, TX**

Case _____  TxDOT _____

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| 1 | 1 | METHODIST HOSPITAL | DALLAS EMS | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| CONCRETE WALL/40FT | NORTH TEXAS TOLLWAY AUTHORITY | PO BOX 262369  PLANO, TX 75026 |

**CMV**

| Unit Num. 1 | [X] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | CMV Disabling Damage? [X] Yes [ ] No | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00016130 |
|---|---|---|---|---|---|---|---|

Carrier's Corp. Name RYDER TRUCK RENTAL   Carrier's Primary Addr. 3200 HALIFAX  DALLAS, TX 75247   30 Veh. Type 9

| 31 Bus Type 0 | [X] RGVW [ ] GVWR |8|0|0|0|0| | HazMat Released [ ]Yes [ ]No | 32 HazMat Class Num. | HazMat ID Num. | | 32 HazMat Class Num. | HazMat ID Num. | | 33 Cargo Body Style 5 |

| Trailer 1 | Unit Num. 2 | [X] RGVW [ ] GVWR |8|0|0|0|0| | 34 Trlr. Type 2 | CMV Disabling Damage? [X] Yes [ ] No | Trailer 2 | Unit Num. | [ ] RGVW [ ] GVWR | | 34 Trlr. Type | CMV Disabling Damage? [ ] Yes [ ] No |

| Sequence Of Events | 35 Seq. 1  14 | 35 Seq. 2  18 | 35 Seq. 3 | 35 Seq. 4 |

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | 1 | 2 | 97 | 3 | 1 | 1 | 17 |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

UNIT 1 (TOWING UNIT 2) WAS TRAVELING SOUTHBOUND PRESIDENT GEORGE BUSH TURNPIKE IN LANE 1.   UNIT 3 WAS DISABLED IN LANE 1 FACING WESTBOUND DUE TO AN UNRELATED ACCIDENT.   UNIT 1 STRUCK UNIT 3. DUE TO IMPACT, UNIT 1 SUSTAINED FD DAMAGE AND UNIT 3 SUSTAINED RP DAMAGE.   UNIT 1 CONTINUED SOUTH IN LANE 1 AGAINST THE CENTER CONCRETE WALL AND CAME TO REST IN LANE 1 FACING SOUTH.   UNIT 3 CAME TO REST IN LANE 1 FACING WEST.

Field Diagram - Not to Scale



SB PRESIDENT GEORGE BUSH TURNPIKE AND IH30

UNIT 1
UNIT 2
UNIT 3 (DISABLED)
UNIT1
UNIT 2

1  2  3

**INVESTIGATOR**

| Time Notified (24HR:MM) 0 5 2 4 | How Notified DISPATCHED | Time Arrived (24HRMM) 0 5 4 2 | Report Date (MM/DD/YYYY) 0 3 / 0 9 / 2 0 1 6 |
|---|---|---|---|

Invest. Comp. [X] Yes [ ] No   Investigator Name (Printed) PETERS II, JERRY WAYNE   ID Num. 12819

ORI _____  *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS   Service/Region/DA  H  P  1  A  1  1

Law Enforcement and TxDOT Use ONLY
☐ FATAL  ☒ CMV



| | | Total Units | | Total Prsns. | | TxDOT | 14970101.1 |
|---|---|---|---|---|---|---|---|
| | | | | | | | /2016111449 |



### Texas Peace Officer's Crash Report (Form CR-3 1/1/2015)
Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 3 of 4

**IDENTIFICATION & LOCATION**

| *Crash Date (MM/DD/YYYY) 0 3 / 0 3 / 2 0 1 6 | *Crash Time (24HRMM) 0 5 2 4 | Case ID | Local Use |
|---|---|---|---|

| *County Name DALLAS | | *City Name GRAND PRAIRIE | ☐ Outside City Limit |
|---|---|---|---|

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No    Latitude (decimal degrees) 3 2 * 7 8 2 6 8    Longitude — (decimal degrees) 0 9 7 * 0 2 2 7 8

**ROAD ON WHICH CRASH OCCURRED**

| *1 Rdwy. Sys. TL | *1 Hwy. Num. | 2 Rdwy. Part 1 | Block Num. | 3 Street Prefix | *Street Name PRESIDENT GEORGE BUSH TURNPIKE | 4 Street Suffix |
|---|---|---|---|---|---|---|

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot    ☒ Toll Road/Toll Lane    Speed Limit 70    Const. Zone ☐ Yes ☒ No    Workers Present ☐ Yes ☒ No    Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

| At Int. ☐ Yes ☒ No | 1 Rdwy. Sys. | Hwy. Num. | 2. Rdwy. Part | Block Num. | 3 Street Prefix | Street Name | 4 Street Suffix |
|---|---|---|---|---|---|---|---|

| Distance from Int. or Ref. Marker 10 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker N | Reference Marker 505 | Street Desc. | RRX Num. |
|---|---|---|---|---|---|

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. 3 | 5 Unit Desc. 1 | ☒ Parked Vehicle | ☐ Hit and Run | LP State TX | LP Num. FPZ0364 | VIN J T 6 G F 1 0 U X Y 0 0 8 0 6 2 6 |
|---|---|---|---|---|---|---|

| Veh. Year 2 0 0 0 | 6. Veh. Color WHI | Veh. Make LEXUS | Veh. Model RX 300 | 7 Body Style P4 | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee    Name & Address JONES, SHAVETTE RENE, 800 LINK DR  DUNCANVILLE, TX 75116

| Proof of Fin. Resp. ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 2 | Fin. Resp. Name HOME STATE | Fin. Resp. Num. CTL847243-01 |
|---|---|---|---|---|

| Fin. Resp. Phone Num. (254) 776-4521 | 27 Vehicle Damage Rating 1 3 - R F Q - 7 | 27 Vehicle Damage Rating 2 - - | Vehicle Inventoried ☐ Yes ☒ No |
|---|---|---|---|

| Towed By JORDAN'S TOWING | Towed To 601 DIGITAL DR., PLANO, TX 75075 |
|---|---|

**VEHICLE, DRIVER, & PERSONS**

| Unit Num. | 5 Unit Desc. | ☐ Parked Vehicle | ☐ Hit and Run | LP State | LP Num. | VIN |
|---|---|---|---|---|---|---|

| Veh. Year | 6. Veh. Color | Veh. Make | Veh. Model | 7 Body Style | ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked) |
|---|---|---|---|---|---|

| 8 DL/ID Type | DL/ID State | DL/ID Num. | 9 DL Class | 10 CDL End. | 11 DL Rest. | DOB (MM/DD/YYYY) / / |
|---|---|---|---|---|---|---|

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☐ Owner ☐ Lessee    Name & Address

| Proof of Fin. Resp. ☐ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type | Fin. Resp. Name | Fin. Resp. Num. |
|---|---|---|---|---|

| Fin. Resp. Phone Num. | 27 Vehicle Damage Rating 1 - - | 27 Vehicle Damage Rating 2 - - | Vehicle Inventoried ☐ Yes ☐ No |
|---|---|---|---|

| Towed By | Towed To |
|---|---|

| Case | TxDOT |
|---|---|

**DISPOSITION OF INJURED/KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | CMV Disabling Damage? ☐ Yes ☐ No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. | |
|---|---|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | Carrier's Primary Addr. | | | | | 30 Veh. Type |
|---|---|---|---|---|---|---|---|

| 31 Bus Type | ☐ RGVW ☐ GVWR | HazMat Released ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Style |
|---|---|---|---|---|---|---|---|

| Trailer 1 | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No | Trailer 2 | Unit Num. | ☐ RGVW ☐ GVWR | 34 Trlr. Type | CMV Disabling Damage? ☐ Yes ☐ No |
|---|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 |
|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 3 | 14 | | | | | | | | | | |
| | | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened (Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

**INVESTIGATOR**

| Time Notified (24HR:MM) | 0 5 2 4 | How Notified DISPATCHED | Time Arrived (24HR:MM) | 0 5 4 2 | Report Date (MM/DD/YYYY) 03/09/2016 |
|---|---|---|---|---|---|

| Invest. Comp. ☒ Yes ☐ No | Investigator Name (Printed) PETERS II, JERRY WAYNE | ID Num. 12819 |
|---|---|---|

| ORI Num. | *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS | Service/ Region/DA  H P 1 A 1 1 |
|---|---|---|

## Susan C. Adams

**From:** Camacho, Jncarlo <jcamacho@ntta.org>
**Sent:** Thursday, March 3, 2016 1:40 PM
**To:** SOCIncidentReport
**Subject:** Safety Operations Center Incident Report



**NORTH TEXAS TOLLWAY AUTHORITY**
**Below are preliminary details of an incident which occurred on, or involves, NTTA resources.**

**Incident Type:** Traffic Accident - NTTA Property Damage
**Date:** 3/3/2016
**Direction:** Southbound        **Roadway:** President George Bush Turnpike        **Cross Street:** Lower Tarrant Road
**Time SOC notified:** 5:24 AM        **Station Marker:** 505        **CAD#** 1600012254
**How notified:** Local Police Agency        Grand Prairie
**Time DPS Dispatched:** 5:27 AM                **Time DPS Arrived:** 5:42 AM
**Resources who responded:** ☒ DPS    ☒RSS    ☒Local Police Agency: Grand Prairie    ☐ The Cleaning Guys HazMat
☐ DPS PIO  ☒ Local Fire/EMS:  Grand Prairie  ☒Maintenance: Jorgensen    ☒ Wrecker: J&J Towing    ☐ Other: N/A

**DMS Activated:** Yes            **NTTA Website Updated:**  Yes
**Time lane(s) closed/opened:**
**Lane 1: Closed:** 5:34 AM        **Opened:** 9:40 AM        **Total Closure Time:** 4 Hours 6 Minutes
**Lane 2: Closed:** 5:34 AM        **Opened:** 9:40 AM        **Total Closure Time:** 4 Hours 6 Minutes
**Lane 3: Closed:** 5:34 AM        **Opened:** 7:04 AM        **Total Closure Time:**  1 Hours 30 Minutes
**Lane 4: Closed:** N/A    **Opened:** N/A    **Total Closure Time:** N/A Hours N/A Minutes
**Lane 5: Closed:** N/A    **Opened:** N/A    **Total Closure Time:** N/A Hours N/A Minutes
**Ramp(s) closed/opened:** N/A **Closed:** N/A    **Opened:** N/A    **Total Closure Time:** N/A Hours N/A Minutes
**Total lane(s)/ramp(s) closed longer than 30 minutes:**  3

**Property Damage:** Per Jorgensen Maintenance   250 feet of paint transfer to inside concrete divider wall and 10 feet of concrete damage.
**Weather Conditions:** Clear  /  Dry        **Call Tree Activated:** No
**Number of vehicles towed:** 1    J & J Towing    **Hospital**
**Transports:**  No
**Number Transported:**  N/A  **Hospital:** N/A
**Safety Operations Center Staff Member & ID#:** J Camacho 8329        **Trooper:** J. Peters 1211
**Time Incident was cleared:** 9:44 AM        **Video Turned over to DPS:** No
**Incident details:**  The Safety Operations Center was notified by Grand Prairie PD of an accident at the above location. Safety Operations Center staff dispatched the above resources. Per DPS, this was two separate accidents. All lanes were closed due to a large amount of debris in all lanes. DPS also advised Jordan Towing had difficulty loading the 18 wheeler due to several axels being broken; which caused lanes 1 and 2 to remain closed for a lengthy period of time. C. Quintanilla with Jorgensen Maintenance reported the above NTTA property damage and placed cones out to notify customers.

**Incidents investigated by other agencies:**
**Local Agency Contacted:** No    **Agency:** N/A **Local Agency report number:**  N/A

**Please contact Laurie Davis at 214-224-2358 if you have questions about this incident.**

Note: This preliminary report is prepared before the official investigation has been completed and may NOT include final investigatory information. Subsequent investigation may prove some of this information inaccurate. Thank you

**Alicyn N. Hauck**

| | |
|---|---|
| **From:** | Darleen Husson |
| **Sent:** | Thursday, April 28, 2016 1:00 PM |
| **To:** | 'Gilbert, Mark' |
| **Cc:** | PHOTOS |
| **Subject:** | RE: Claim J91871, Inv 110235-I1604112, SR 188950 |

Thank you

**Darleen Husson** | TPC Coordinator

**From:** Gilbert, Mark [mailto:M.GILBERT2@gwccnet.com]
**Sent:** Thursday, April 28, 2016 12:56 PM
**To:** Darleen Husson <Darleen_Husson@royjorgensen.com>
**Cc:** PHOTOS <PHOTOS@gwccnet.com>
**Subject:** RE: Claim J91871, Inv 110235-I1604112, SR 188950

This is not our claim. The truck was being used by the United States Postal Service not my insured.    The truck was leased to them by Ryder. Please contact Greg Archer with Ryder 610-429-2338 to get the contact information for USPS Claims department.

Your claim is respectfully denied.

Best regards,

**Mark P. Gilbert**
**Sr. Liability Adjuster**
Great West Casualty Company | Old Republic Insurance Group
624 Six Flags Drive, Suite 240 | Arlington, TX 76011
O:  817-385-2678   | Fax: 800-833-1851
www.gwccnet.com

**PLEASE REMEMBER YOUR CLAIM NUMBER ON ALL CORRESPONDENCE**

**From:** Darleen Husson [mailto:Darleen_Husson@royjorgensen.com]
**Sent:** Thursday, April 28, 2016 11:49 AM
**To:** Gilbert, Mark
**Subject:** Claim J91871, Inv 110235-I1604112, SR 188950

Mark

Please see attached repair invoice 110235-I1604112, police report and damage photos for your claim J91871.

My company performs the highway maintenance for the North Texas Tollway Authority (NTTA) on President George Bush Turnpike (PGBT).

Please don't hesitate to contact me with any questions.

Thank you

**Darleen Husson** | TPC Coordinator

1

Roy Jorgensen Associates, Inc.
240-436-4913 (Office)
3735 Buckeystown Pike
PO Box 70
Buckeystown, MD 21717
darleen_husson@royjorgensen.com
http://www.royjorgensen.com

Click here to report this email as spam.

Attention: The information contained in this message and or attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and delete the material from any system and destroy any copies.  (GWCC)

# Image Detail Report



| Ref Type | Ref Key | Image Date | Format | Last Updated | Updated By |
|----------|---------|------------|--------|--------------|------------|
| SR | 188950 | 4/11/2016 9:49:38 AM | JPG | 4/11/2016 10:49:46 AM | buffingtonm |
| *Description:* | *I04112016094934* | | | | |

